UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN SANCHEZ,

                Plaintiff,

v.

YAMAHA GUITAR GROUP, INC.,

                Defendant.

| USDC-SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC#: |
| DATE FILED: |

20-CV-10451 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Plaintiff filed this action on December 10, 2020.  Dkt. 1.  On January 4, 2021, Plaintiff filed a signed waiver of service, which stated that Defendant's complaint was due no later than February 19, 2021.  Dkt. 6. To date, however, Defendant has not appeared nor responded to the complaint.  In addition, the parties have not yet responded to the Court's Dcember 18, 2020 Order, requiring them to submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference. Dkt. 5.

    Accordingly, if Plaintiff intends to move for a default judgment against Defendant, he shall do so no later than April 9, 2020 in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams%20-%20Individual%20Rules%20of%20Practice%20in%20Civil%20Cases.pdf)

SO ORDERED.

Dated:    March 19, 2021
           New York, New York

                                          RONNIE ABRAMS
                                          United States District Judge